UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>         v.<br><br>Matthew John Milo CARSEN<br><br>                 Defendant. | Case No.: 20MJ9606<br>**COMPLAINT FOR VIOLATION OF:**<br><br>18 U.S.C. § 922(g)(1) –<br>Felon in Possession of a Firearm |

The undersigned complainant being duly sworn states:

On or about August 18, 2020, within the Southern District of California, defendant Matthew John Milo CARSEN knowing his status as a convicted felon, that is, a person who had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess two (2) firearms that traveled in and affected interstate commerce, to wit: a Mauser Pistol, 7.65mm, with serial number 10454 and a Ruger, model Mark IV, 22 long rifle pistol with serial number 401027695 in violation of Title 18, United States Code, Section 922(g)(1).

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
ANDREW SCHLOE, SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 19th day of August, 2020.

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Matthew John Milo CARSEN

### STATEMENT OF FACTS

This complaint is based on my personal observations, investigation, and information furnished to me. The following does not contain all of the information known to myself or other federal agents and state and local officers regarding this investigation, but does contain those facts believed to be necessary to establish the requisite probable cause.

On or about August 18, 2020, Matthew John Milo CARSEN ("CARSEN") was observed standing at the entrance to Mexico near the Andrade, California Port of Entry (POE). CARSEN was observed in possession of a backpack. CARSEN attempted to make entry into Mexico from the United States then explained that he wanted to return to the United States.

CARSEN was told by United States Customs and Border Protection Officers (CBPOs) to retrieve his backpack and come back through the pedestrian side of the Andrade POE. At this point, CARSEN threw his backpack inside of a trashcan and said that it was just trash. CBPOs told CARSEN to retrieve his backpack from the trashcan. CARSEN went back to the trashcan and was observed taking something out of the bag. At that point, CARSEN was placed in handcuffs and CBPOs located a loaded Mauser 7.65 mm pistol bearing serial number 10454 in the trashcan. The pistol had one round in the chamber of the weapon but no magazine. Record checks revealed the firearm was reported stolen out of Detroit, Michigan.

CARSEN was then escorted back to the Andrade POE for further inspection. During that inspection, CBPOs located a cell phone inside of CARSEN's right front pants pocket. Additionally, agents searched his backpack and located another handgun, a Ruger Mark IV, 22 long rifle bearing serial number 401027695 with no ammunition and no magazine, and a black container containing 4.1 grams of marijuana.

CARSEN was advised of his Miranda Rights by Homeland Security Investigations Special Agents. CARSEN stated he understood his rights and agreed to answer questions without the presence of an attorney. CARSEN admitted he had previously been convicted of a felony. CARSEN also admitted that he was to deliver the bag containing the firearms to a subject in Mexico. He admitted he was to obtain $500 upon successful delivery.

Records checks on CARSEN revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 08/12/2003 | Snohomish County Superior Court | 9A.56.030(1) Theft in the first degree (Felony) | 20 Days in Jail; DNA Testing; Ineligible to Possess Firearms |
| 09/14/2006 | Yuma County Superior Court | 13-1802 Theft Control Property (Felony) | 24 Months Probation; Probation Revoked; Prison 1 year |

The firearm was inspected and preliminary checks revealed that the firearm was not manufactured in California. Therefore, the firearm traveled in, and/or affected interstate commerce to arrive in the state of California.